IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CHARLOTTE WILDER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. S 02-CV-40 |
| SENTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

The parties having reached an amicable settlement in the above-captioned action and having filed a Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), seeking to dismiss with prejudice all of the claims asserted in the action, it is hereby

ORDERED

that all claims in the above-captioned action are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Entered: this 18th day of November 2002.

_____
United States District Judge